IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| EDWARD J. BOYLE, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | CAUSE NO. 08-153-WDS |
| UNION CARBIDE CORPORATION, et al., | ) ) ) | |
| Defendants. | ) | |

## O R D E R

**STIEHL, District Judge:**

The undersigned judge **RECUSES** himself in the above matter, and **TRANSFERS** this case to the Clerk of the Court for reassignment.

**IT IS SO ORDERED.**

**DATED: March 13, 2008.**

                                              **s/ WILLIAM D. STIEHL**
                                                    **DISTRICT JUDGE**

Case reassigned to United States District Judge G. Patrick Murphy. All future pleadings shall bear Cause No. 08-153-GPM.